BISSEL, Respondent, v. CORNWELL, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. November 25, 1914.) Action by Thomas A. Bissell against William C. Cornwell, impleaded with others.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

FOOTE and LAMBERT, JJ., dissent upon the ground that the delay of over 11 years by the executors in moving to be substituted for the deceased plaintiff is gross laches, for which no sufficient excuse is shown.

BLACK, Respondent, v. FONDA et al., Appellants. (Supreme Court, Appellate Division, First Department. November 20, 1914.) Action by William H. Black against Bayard Fonda and others. A. A. Wray, of New York City, for appellants. J. T. S. Wade, Jr., of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 162 App. Div. 907, 146 N. Y. Supp. 1084.

BLIEFERNICH, Respondent, v. LIVERPOOL & LONDON & GLOBE INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 13, 1914.) Action by Henry Bliefernich against the Liverpool & London & Globe Insurance Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 10 days plaintiff stipulate to reduce the verdict by the sum of $400, together with proportionate interest, in which event the judgment, as so modified, and the order, are affirmed, without costs:

BLINDERMAN v. GELB. (Supreme Court, Appellate Division, First Department. December 31, 1914.) Action by Jacob Blinderman against Samuel Gelb. No opinion. Application denied, with $10 costs. Order signed. See, also, 150 N. Y. Supp. 1077.

BLINDERMAN v. GELB. (Supreme Court, Appellate Division, First Department. December 31, 1914.) Action by Jacob Blinderman against Samuel Gelb. No opinion. Motion denied with $10 costs. Order filed. See, also, 150 N. Y. Supp. 1077.

BODE, Respondent, v. PANAMA R. CO., Appellant. (No. 6454.) (Supreme Court, Appellate Division, First Department. November 27, 1914.) Appeal from Trial Term, New York County. Action by Carl Bode against the Panama Railroad Company. Judgment for plaintiff, and defendant appeals. Reversed, and new trial ordered. Richard R. Rogers, of New York City, for appellant. John H. Jackson, of New York City, for respondent.

PER CURIAM. The verdict as to defendant's negligence was clearly against the weight of evidence. The judgment and order appealed from are therefore reversed, and a new trial ordered, with costs to appellant to abide event.

BOSIA, Respondent, v. PITTSBURGH CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, First Department.

December 4, 1914.) Action by Carolina Bosia, as administratrix, against the Pittsburgh Contracting Company. J. A. Goodwin, of White Plains, for appellant. S. Wechsler, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 150 N. Y. Supp. 1077.

BOSIA v. PITTSBURGH CONTRACTING CO. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Carolina Bosia, as administratrix, against the Pittsburgh Contracting Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 1077.

BOVANZIER, Respondent, v. BABCOCK, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) Action by Paul Bovanzier against Rufus A. Babcock.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Held that, the complaint not being subdivided into separately numbered paragraphs, the denials of the answer are to be deemed to apply to all the material allegations of the complaint, and, even if considered as denials of knowledge or information sufficient to form a belief, are sufficient to raise an issue as to the allegations of transfer to and ownership by plaintiff. See Rochkind v. Perlman, 123 App. Div. 808, 108 N. Y. Supp. 224, 1151; Curran v. Art, 141 App. Div. 659, 125 N. Y. Supp. 993.

BRADLEY et al., Respondents, v. DEGNON CONTRACTING CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 11, 1914.) Action by Harry L. Bradley and others against the Degnon Contracting Company and others. No opinion. Interlocutory judgment affirmed, with costs. See, also, 163 App. Div. 961, 148 N. Y. Supp. 1107.

BRADY v. ERLANGER. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by William A. Brady against Abraham L. Erlanger. No opinion. Motion denied, with $10 costs. Order filed. See, also, 149 N. Y. Supp. 929.

BRADY v. INTERBORO RAPID TRANSIT CO. (Supreme Court, Appellate Division, First Department. December 31, 1914.) Action by John Brady against the Interboro Rapid Transit Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 1077.

BRADY v. INTERBORO RAPID TRANSIT CO. (Supreme Court, Appellate Division, First Department. December 31, 1914.) Action by John Brady against the Interboro Rapid Transit Company. No opinion. Application denied with $10 costs. Order signed. See, also, 150 N. Y. Supp. 1077.

BRENNAN, Respondent, v. NEW YORK & QUEENS ELECTRIC LIGHT & POWER CO., Appellant. (Supreme Court, Appellate Di-